JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD XAVIER COLLINS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No.:  5:20-cv-02582-MEMF (SHKx)<br><br>**JUDGMENT** |

　　　Judgment is to be entered as follows: Plaintiff, RONALD XAVIER COLLINS, shall recover from the Defendant, THE UNITED STATES OF AMERICA, the amount of One Hundred Thousand Dollars ($100,000.00) [Dkt. No. 123] along with costs in the amount of $5,602.26 [Dkt. No. 127].

　　　The total Judgment to be entered is $105,602.26.

　　　IT IS SO ORDERED.

Dated: September 29, 2025

　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　United States District Judge